# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Thomas Svanikier                    Docket No.: 1:95CR00162-001

### Petition on Supervised Release

COMES NOW Stanley E. Leigh, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Thomas Svanikier, who was placed on supervision by the Honorable T. S. Ellis, III sitting in the Court at Alexandria, Virginia, on the 18th day of August 1995, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows: 1) The defendant shall perform 50 hours of community service during the period of supervision as directed and monitored by the probation office; 2) The defendant is assessed a fine in the amount of $1,000 to be paid during the term of probation as monitored by the probation office; 3) The defendant is permitted to travel at the direction and discretion of the probation office, and 4) The defendant shall pay a $50 special assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** to dismiss the Warrant on Probation filed on July 23, 1996.

### ORDER OF COURT

Considered and ordered this __16__ day of June, 2015 and ordered filed and made a part of the records in the above case. ✱

_____
T. S. Ellis, III
Senior United States District Judge

/s/
_____
T. S. Ellis, III
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/12/15__

__S. Leigh__
Stanley E. Leigh
U.S. Probation Officer
703-299-2359

Place: Alexandria, Virginia

✱ Note that defendant Svanikier is a naturalized American citizen, which means he took an oath to renounce & abjure all fidelity & allegiance to any other country & pledge his allegiance solely to the U.S. Thus, references in this Petition to "dual citizenship" are mistaken, as well as irrelevant to the relief requested.

TO CLERK'S OFFICE

**Petition on Supervised Release**
**Page 2**
**RE: SVANIKIER, Thomas**

<u>OFFENSE</u>: Uttering Counterfeited Federal Reserve Notes, in violation of Title 18, U.S.C., Section 472.

<u>SENTENCE</u>: On November 18, 1995, the defendant appeared before Your Honor for the aforementioned offense. He was sentenced to 3 years supervised probation with the above-mentioned special conditions.

On March 1, 1996, a Status Report was submitted to the Court regarding the defendant's citizenship status and notice that a written request was forwarded to the Acting Deputy Director of Immigration and Naturalization Service (INS) regarding general deportation and re-entry policy.

On March 20, 1996, a Status Report was submitted to the Court with letters and attachments from INS noting the deportation rules and regulations as it applied to illegal aliens convicted of felony offenses. The officer also advised the Court that Mr. Svanikier did not reply to a letter sent on March 1, 1996, instructing him to return to the United States.

On March 26, 1996, Your Honor requested probation to provide clarification on whether Mr. Svanikier could legally claim dual citizenship and avoid deportation. On April 10, 1996, a Status Report was submitted to the Court answering Your Honor's inquiry. Also, the officer advised the Court that the defendant did not reply to letters sent on March 1, 1996, and March 25, 1996, instructing him to return to the United States.

On April 29, 1996, a Petition on Probation was submitted to the Court requesting a warrant based on an allegation that the defendant failed to return to the United States as instructed by probation.

On May 2, 1996, an order was granted that an arrest warrant not be issued, and the defendant's motion for an order affirming the performance of community service work in Ghana was denied. The defendant's community service was to be performed in the United States.

On June 12, 1996, a Status Report was submitted to the Court regarding the defendant's failure to return to the United States as of June 12, 1996. On May 2, 1996, Your Honor, through counsel, directed Mr. Svanikier to return to the United States by June 15, 1996.

On June 18, 1996, a summons was issued and executed on the defendant on June 20, 1996.

On July 19, 1996, Your Honor ordered an Arrest Warrant, and one was issued after the defendant failed to appear.

<u>ADJUSTMENT TO SUPERVISION</u>: We respectfully request that the previously filed Petition be dismissed, and the Warrant be rescinded based on the fact that the proceedings in this case have been closed since July 1996. Mr. Svanikier also paid the monetary penalties in this matter. A recent record check revealed no other outstanding warrants and no recent arrests. Mr. Svanikier is a dual citizen of Ghana and the United States, and there is no record of his return to the United States.

On June 10, 2015, the Government was contacted to gain their position on the matter, but as of this writing, we have received no response.

SBL/vlh



Prob 12A
(Mod. For E.VA 10/09)